[No. 25150. Department Two. July 9, 1934.]

OLLIE M. POWELL, *Respondent*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Appellant*.[1]

*The Attorney General* and *Browder Brown, Assistant*, for appellant.

*F. M. O'Leary* and *Harry Ellsworth Foster*, for respondent.

PER CURIAM.—This case presents the identical question which was presented and decided in *Abraham v. Department of Labor and Industries, ante* p. 160.

Upon the authority of that case, the judgment is affirmed.

[No. 25191. Department Two. July 9, 1934.]

MILLA KLOEPPEL, *Respondent*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Appellant*.[1]

*The Attorney General* and *Browder Brown, Assistant*, for appellant.

*Harry R. Lea* and *H. G. Fitch*, for respondent.

PER CURIAM.—This case presents the identical question which was presented and decided in *Abraham v. Department of Labor and Industries, ante* p. 160.

Upon the authority of that case, the judgment is affirmed.

[1]Reported in 34 P. (2d) 459.